Everett E. SMITH, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 186, 2017

Supreme Court of Delaware.

Submitted: September 1, 2017
Decided: October 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1211004907 (N)

AFFIRMED.

Robert VANARTSDALEN, Plaintiff
Below, Appellant,

v.

FARM FAMILIY CASUALTY, Insurance Company, Defendant
Below, Appellee.

No. 159, 2017

Supreme Court of Delaware.

Submitted: October 18, 2017
Decided: October 23, 2017

Court Below—Superior Court of the State of Delaware, C.A. N16C–02–003

AFFIRMED.

Damon YANCEY,[1] Respondent
Below–Appellant,

v.

Anita YANCEY, Petitioner
Below–Appellee.

No. 523, 2016

Supreme Court of Delaware.

Submitted: August 11, 2017
Decided: October 23, 2017

Court Below—Family Court of the State of Delaware, File No. CN13–05642, Petition No. 14–24285

REVERSED. REMANDED.

Kevin EPPERSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 334, 2017

Supreme Court of Delaware.

Submitted: August 31, 2017
Decided: October 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 9408009291(N)

DISMISSED.

1. The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).